FILED IN CLERK'S OFFICE
B.S.D.C. Atlanta

JUN 19 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| CAN JIN a/k/a DAVID CHOI and SONG SEN CUI, §§§§ | |
| Plaintiffs, § | |
| vs. §§ | **1 09-cv-1640** |
| TERRACE MORTGAGE CO., GMAC MORTGAGE, LLC, CITIFINANCIAL SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES 1-10, inclusive, §§§§§§§§ | CIVIL ACTION NO. _____ |
| Defendants. § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendants GMAC

Mortgage, LLC ("GMACM") and Mortgage Electronic Registration Systems, Inc.

("MERS") (collectively "Removing Defendants") hereby remove this case from

the Superior Court of Georgia, Fulton County, to the United States District Court

for the Northern District of Georgia, Atlanta Division, and respectfully state as

follows:

## STATEMENT OF THE CASE

1.     On May 12, 2009, an action was commenced in the Superior Court of Georgia, Fulton County, entitled *Can Jin a/k/a David Choi and Song Sen Cui v. Terrace Mortgage Co., et al.*, Case No. 2009-CV-169015 (the "State Court Action").   True and accurate copies of the summons and complaint in the State Court Action (the "Complaint") are attached hereto as "Exhibit A."

2.     GMACM was served with a copy of the Complaint on May 22, 2009. MERS was served with a copy of the Complaint on May 22, 2009.  This Notice of Removal is being filed within 30 days of receipt of the Complaint.  Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

3.     The Complaint purports to assert ten causes of action, identified and/or generally alleged as follows: (1) violation of the Georgia Uniform Deceptive Trade Practices Act, (2) violation of the Georgia Residential Mortgage Act, (3) breach of imputed duty per Georgia Fair Business Practices Act, (4) fraud, (5) fraud in the inducement, (6) conversion, (7) quiet title, (8) civil conspiracy, (9) violation of Georgia Racketeer Influenced and Corrupt Organizations Act ("Georgia RICO"), and (10) petition for interlocutory injunctive relief.

## FEDERAL QUESTION JURISDICTION

4.     This Court has jurisdiction over this matter under 28 U.S.C. § 1331 because Plaintiffs' claims arise under the laws of the United States.  The Supreme Court has held that "a case 'arose under' federal law where the vindication of a right under state law necessarily turned on some construction of federal law. *Franchise Tax Bd. v. Construction Laborers Vacation Trust,* 436 U.S. 1, 9 (1983). Further, as the Eleventh Circuit has recognized, federal question jurisdiction arises where a party has asserted an action under Georgia RICO and the underlying violations involved federal mail fraud.  *Ayres v. General Motors Corp.,* 234 F.3d 514, 517-18 (11th Cir. 2000).

5.     Here, Plaintiffs have alleged federal mail fraud as part of the alleged RICO scheme.  *See* Exhibit A, ¶ 92.  Accordingly the resolution of this matter turns upon federal questions, and this Court has jurisdiction.

6.     Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over the state law and common law claims asserted by Plaintiffs because those claims asserted form part of the same case or controversy.

7.     Defendants GMACM and MERS have consented to the removal of this action.

8.    Defendant CitiFinancial Services, Inc., who filed an Answer on June 15, 2009 in the State Court Action, also consents to this removal. *See* "Exhibit B" hereto.

9.    Upon information and belief, no other defendants have been served in this action, as no return of service has been filed with the Superior Court of Georgia, Fulton County as of June 18, 2009, or are nominal or unknown defendants, and therefore, additional consent to this removal is not required. *See Tri-Cities Newspapers, Inc. v. Tri-Cities P.P. & A Local 349,* 427 F.2d 325, 326-27 (5th Cir. 1970); *Salveson v. Western States Bankcard Ass'n,* 731 F.2d 1423, 1429 (9th Cir. 1984). Accordingly, all properly served and joined defendants, excluding nominal, unknown and fraudulent joined parties, have consented to this Notice of Removal.

10.    Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Northern District of Georgia, Atlanta Division, is the federal judicial district and division embracing the Superior Court of Georgia, Fulton County, where the State Court Action was originally filed.

11.    Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all the process, pleadings, and orders on file in the State Court Action or served on the Removing Defendants are attached collectively hereto as "Exhibit C."

## CONCLUSION

WHEREFORE, Defendants GMACM and MERS hereby remove this Action from the Superior Court of Georgia, Fulton County to the United States District Court for the Northern District of Georgia, Atlanta Division.  By this Notice of Removal and the associated attachments, Removing Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections they may have to this action.  Removing Defendants intend no admission of fact, law or liability by this Notice, and expressly reserve all defenses, motions and/or pleas.  Removing Defendants pray that the State Court Action be removed to this Court, that all further proceedings in the State Court Action be stayed, and that Removing Defendants receive all additional relief to which they are entitled.

This the 19th day of June, 2009.

Respectfully submitted,

Paul T. Kim
Georgia Bar No. 418841
LOCKE LORD BISSELL & LIDDELL, LLP
The Proscenium, Suite 1900
1170 Peachtree Street, NE
Atlanta, GA 30309
(404)-870-4678 - *telephone*
(404)-872-5547 - *facsimile*
pkim@lockelord.com

*Attorneys for Defendants GMAC MORTGAGE,
LLC and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.*

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this Notice of Removal was prepared using Time New Roman 14 point , in accordance with L.R. 5.1(B).

Paul T. Kim
Georgia Bar No. 418841
LOCKE LORD BISSELL & LIDDELL, LLP
The Proscenium, Suite 1900
1170 Peachtree Street, NE
Atlanta, GA 30309
(404)-870-4678 - *telephone*
(404)-872-5547 - *facsimile*
pkim@lockelord.com

*Attorneys for Defendants GMAC MORTGAGE, LLC and  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 19, 2009, a true and correct copy of the foregoing document was served via U.S. certified mail, return receipt requested, upon the attorney for Plaintiffs at the following:

Irene Kim, Esq.
Geerdes and Kim, LLC
3483 Satellite Blvd.
Duluth, Georgia 30096
(404) 257-1777
(404)-257-1050 (fax)

*Counsel for Plaintiff*

Christopher J. Willis
John K. Larkins III
2700 International Tower
229 Peachtree St., NE
Atlanta, GA 30303
Dir.: (404) 420-4700
Fax: (404) 525-2224

*Counsel for Defendant CitiFinancial Services, Inc.*

Paul T. Kim