# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| **JAMES N. HATTEN**<br>CLERK OF COURT | **CIVIL SECTION**<br>404-215-1655 |

September 25, 2009

Juanita Hicks
Superior Court, Fulton County
136 Pryor Street
Atlanta, GA 30303

**Re:**   *Can Jin and Song Sen Cui v. Terrace Mortgage Co, et al.*
         **Your Case Number: 2009CV169015**

Dear Ms. Hicks:

   Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                                        Sincerely,

                                        James N. Hatten
                                        Clerk of Court


                                  By:   s/ Ashley Knight
                                        Deputy Clerk

Enclosure